RECEIVED
JAN 0 4 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY____AP____

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

5:18-cv-0019

| | | |
|---|---|---|
| Mr. R. Ceasar | : | CIVIL ACTION- :17-cv- |
| | : | Presiding Judge: |
| **VERSUS** | | |
| **SUPER 1**<br>**Brookshire Brothers** | | |

---

Filed: _____  Clerk of Court_____

---

# COMPLAINT

NOW INTO THE COURT, comes Mr. R. Ceasar, plaintiff in this matter who states that Brookshire Brothers Grocery of Louisina FALSELY reported bad checks in the chex system reports to all participating grocery vendors in association wrongfull with reckless disregard for the truth and prescription law and plaintiff further avers that:

1.

On two occasions within the last 6 months of this writing Bookshire Brothers operating in the State if Louisiana with affiliates such as Super 1 Foods of Louisiana FALSELY accused Mr. Ceasar, plaintiff of writing bad checks in reckless disregard for the TRUTH AND PUT IN CHEX SYSTEMS REPORTING TO NATION!

2.

This has cause irreparable harm for it is an fund check written to Super 1, but was for only 29.14 and was paid in full, including attached fees added. That is it. Nothing more. Unbelievable that such a huge company could act with wanton reckless disregard in fair and accurate reporting to chex systems, and other similar entities.

3

Super 1 Stores in Lafayette accepted the computer reports and valid and turned Mr. Ceasar away who was purchasing food to eat. Unsconcionable and malicious reckless disregard even after plaintiff pleaded that this was a gross and serious error to each store manager. The managers seemed unimpressed with Mr. Ceasar's plea for verification from Brookshire Headquarters or Chex Systems to no avail and was severely damaged!

20131

Plaintiff, prays that this honorable court issues a temporary restraining order (TRO) and emergency preliminary injunction to stop the retaliatory measures instituted by Brookshire Brothers immediately, set this matter for an expedited hearing, after serving all parties , order a TRO to cease and desist until court findings. Plaintiff further requests compensatory damages in the amount of $500,000 and punitive damages of $10,000 for pain and suffering caused by the actions of the Brookshire Brothers. Plaintiff respectfully requests a trial by jury.

This the 2nd day of Our Lord,

January 2, 2018 at Opelousas, LA.

Telephone; (225) 328-4515
e-mail: rrceas1@yahoo.com

Respectfully submitted by:

R. Ceasar  1/2/2018
R. Ceasar
P.O. Box 1281
Opelousas, LA 70571

xc: ACLU, NAACP, NAN, SLPC, Reverend Al Sharpton

## WESTERN DISTRICT COURT

## STATE OF LOUISIANA

R. CEASAR  :

                          **CIVIL DOCKET 3:17-cv-**

                      : **Magistrate Judge**

VS

**SUPER 1 ET AL.**

Deputy Clerk:_____  Date Filed:_____

# ORDER

-----------------------------------------------------------

      IT IS ORDERED, that these actions be and that all defendants be served summons immediately and answer said summons in accordance to law.

IT IS FURTHER ORDERED, that upon completion of service to defendants that an expedited hearing is hereby set for the _____ day of _____, 2018 or (within 10 days of proof of service); for defendants to show cause why plaintiff should not prevail.

This the ____ day of our Lord, _____, 2018. _____

                                                            Presiding Judge

20133

## CERTIFICATE

This is to certify, that a copy of the afore-mentioned pleadings have been served upon all parties, by depositing same in U.S. mail, postage prepaid.

This the 2nd day of our Lord,

January, 2018 at Opelousas, LA.

_Ronnie Ceasar_  1/2/2018

Ronnie Ceasar

P. O. Box 1281

Opelousas, LA 70571

Telephone: (225) 328-4515

email: rrceas1@yahoo.com

RECEIVED

JAN 0 4 2018


TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

January 2, 2018

To:      Clerk of Court

        Western District Court

        State of Louisiana

Subject:    Complaint "Ceasar vs. Brookshire Brothers & Super 1 Foods Opel & Laf

Reference:   Federal, State, and Local Laws, procedures, rules!

Dear Clerk:

Please file the enclosed COMPLAINT into the records of the above captioned matter. Also, please return a stamped copy of same to me by U.S. mail. I have provided a copy and a postage prepaid envelope for your perusal. Thank you.

Best regards,

                                         Respectfully submitted by:

                                         _Ronnie Ceasar_  1/2/2018

                                         Ronnie Ceasar       Date

                                         P. O. Box 1281

                                         Opelousas, LA  70571

                                         Telephone: (225) 328-4515

                                         email: rrceas1@yahoo.com