**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT COURT**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RONNIE R. CEASAR | CIVIL ACTION NO. 18-0019 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SUPER 1 FOODS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Plaintiff Ronnie R. Ceasar's request for "a temporary restraining order and emergency preliminary injunction to stop the retaliatory measures instituted by Brookshire Brothers." Record Document 1 at 2. To obtain the relief he seeks, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. See Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Based on the Complaint (Record Document 1) filed, Plaintiff has failed to make such a showing. The request for a temporary restraining order and emergency preliminary injunction is hereby **DENIED**.

Plaintiff has filed more than twenty-five (25) cases in this court over the last 20 years. In a previous suit filed by Plaintiff (6:04-cv-0391), this Court ordered that "Plaintiff shall not file any litigation in the United States District Court for the Western District of Louisiana until fees and costs have been paid." Costs and fees in that case totaled $14,498.62. See Record Document 42 (6:04-cv-0391). To date, Plaintiff has failed to pay such costs and fees.

The Clerk of Court is directed to prepare the appropriate order allowing Plaintiff thirty (30) days to pay the aforementioned costs and fees as well as the filing fees in this case.

If Plaintiff fails to pay the costs and fees owed to the Court, the Complaint in the instant action will be stricken from the record and his current suit will be dismissed.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 11th day of January, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT